585 A.2d 408

STATE OF NEW JERSEY v. RONALD W. PIERCE.

October 30, 1990.

Petition for certification denied.

585 A.2d 409

STATE OF NEW JERSEY v. WILLIAM WOLFFE.

October 30, 1990.

Petition for certification denied.

585 A.2d 409

ZENOBIO AGUIRRE v. DOMINICK A. SCIALABBA, M.D.

October 30, 1990.

Petition for certification denied.

585 A.2d 409

ZENOBIO AGUIRRE v. DOMINICK A. SCIALABBA, M.D.

October 30, 1990.

Cross-petition for certification denied.